**[8NTCCLM]** [NOTICE OF CLAIM(S) FILED BY DEBTOR/TRUSTEE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:09−bk−03469−CED
Chapter 13

Terrence Jay Corlett
10251 Peoples Loop
Port Richey, FL 34668

Rosette Winters−Corlett
10251 Peoples Loop
Port Richey, FL 34668

_____Debtor(s)_____/

NOTICE OF CLAIM(S) FILED BY DEBTOR/TRUSTEE

TO: Countrywide Home Loans

NOTICE is given pursuant to Fed. R. Bankr. P. 3004 that the Debtor(s)/Trustee has filed a proof of claim(s) on your behalf in the above−captioned case on August 25, 2009 in the amount of $76191.74 and $104102.74 and has been assigned claim number(s) 8 and 9 . The filing of a proof of claim by you, according to Fed. R. Bankr. P. 3002(c) or 3003(c), shall supersede the proof of claim filed by the Debtor(s)/Trustee. 8/10/09 has been fixed as the last day for filing claims in this case. If no date has been fixed, you will be notified later by the Court of the last date to file claims.

DATED on August 26, 2009

FOR THE COURT
Lee Ann Bennett , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602